## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 12-CR-20018 |
| | ) | |
| **MICHAEL L. DENIGHT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PRELIMINARY ORDER OF FORFEITURE

THIS MATTER is before the Court on the government's motion for entry of a Preliminary Order of Forfeiture upon Defendant Michael Denight's plea of guilty and pursuant to 18 U.S.C. §2253 and Rule 32.2 of the Federal Rules of Criminal Procedure, the Court finds as follows:

1. The Indictment herein sought forfeiture, pursuant to 18 U.S.C. §2253, of any and all interest the defendant may have in and to all visual depictions or other matter containing such visual depiction which was produced, transported, shipped, received or possessed as alleged in the Indictment; any property, real or personal constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in the Indictment; and all property, real or personal, used or intended to be used to commit or promote the commission of the offenses charged in the Indictment, including but not limited to the following:

    (a)    One (1) gray LG Flip Phone with the number 217-649-4769;

(b) One (1) black and silver 8 GB Zune Player, Serial No. 195944374515;

(c) One (1) black Western Digital External Hard Drive, Serial No. WXC70719689;

(d) One (1) Samsung 300 GB Hard Drive, Serial No. S0D7J13LA01382;

(e) One (1) black Western Digital My Passport External Hard Drive with universal serial bus 3.0 cable, Serial No. WXE1AC0R6201;

(f) One (1) black Western Digital External Hard Drive, Serial No. WXE507339424;

(g) One (1) black and orange Sony 8 GB Flash Memory Stick, Serial No. O8916FDD;

(h) One (1) black and orange DV90 Mini Digital Recorder;

(i) One (1) black and orange DV90 Mini Digital Recorder with black tape around the body and universal serial bus cord;

(j) One (1) black PNY 16 GB Mico Secure Digital Card from a black and orange DV90 Mini Digital Recorder with black tape around the body;

(k) Two (2) black PNY Micro Secure Digital Card Adapters;

(l) One (1) black SanDisk 1 GB Flash Memory Stick, Serial No. BB070313B;

(m) One (1) silver and black Sony 4 GB Flash Memory Stick, Serial No. 07602EDCV;

(n) One (1) purple 128 GB Flash Memory Stick, Serial No. G500022295124;

(o) One (1) Seagate 100 GB Hard Drive, Serial No. 5LZ24QTX;

(p) One (1) black Compaq Presario Laptop Computer with power cord, Serial No. CNF716329W;

(q)  One (1) silver Dell Optiplex 745 Computer with power cord, Serial No. BFFP6D;

(r)  One (1) black and orange DV90 Mini Digital Recorder with a 16GB Micro Secure Digital Card, no serial number;

(s)  One (1) black and silver SanDisk e260 4 GB Media Player;

(t)  Assorted power cords and accessories for a DV90 Mini Digital Recorder;

(u)  One (1) gray Sony Video Hi8 Video Cassette Recorder with tape in the player and battery, Serial No. 18033;

(v)  One (1) Sony InfoLithium Charger and Battery;

(w)  Eleven (11) assorted Hi8 Cassette Tapes;

(x)  Three (3) min Digital Videotapes;

(y)  One (1) tan 2.4 gigahertz Audio Video Receiver, Serial No. 2402010589;

(z)  One (1) tan 2.4 gigahertz Audio Video Receiver, Serial No. 240201057;

(aa) One (1) tan 2.4 gigahertz Audio Video Receiver, Serial No. 2402010586;

(bb) One (1) tan 2.4 gigahertz Audio Video Receiver, Serial No. 240201059;

(cc) One (1) white Bergner's bag with assorted camera cords;

(dd) One (1) Wide Angle Board Camera, Serial No. A00436160;

(ee) One (1) silver 2.4 gigahertz Transmitter, Serial No. 2401016501;

(ff) One (1) silver 2.4 gigahertz Transmitter, Serial No. unknown;

(gg) One (1) Hitron Board Camera;

(hh) One (1) unknown concealed board camera in black electrical tape;

(ii)   One (1) black board camera with RCA connections;

(jj)   One (1) wide angle camera with wires;

(kk)   One (1) black board camera;

(ll)   One (1) gray board camera with wires;

(mm)   One (1) black board camera concealed in painted black foam;

(nn)   One (1) silver board camera with wires;

(oo)   One (1) board camera concealed in a sock;

(pp)   One (1) black board camera with tape residue.

2.   On May 16, 2013, the defendant entered an open plea of guilty to all seven Counts of the Indictment and acknowledged that he had used the aforesaid equipment in the commission of the offenses and agreed to the forfeiture of said items.

Accordingly, it is hereby ordered, adjudged and decreed:

A.   All right, title and interest in and to the foregoing property is hereby forfeited to the United States of America and the United States is hereby authorized to seize said property for disposition in accordance with law subject to the provisions of 18 U.S.C. § 2253.

B.   The above mentioned property is to be held by the United States until further order of this court.

C.   Pursuant to 18 U.S.C. § 2253, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this order and the government's intent to dispose of

the property in the manner prescribed by the Attorney General, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on Gregory Gilmore, Assistant United States Attorney within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.  This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.  Publication may consist of posting notice for a period of thirty days on [www.forfeiture.gov](www.forfeiture.gov), an internet site maintained by the U.S. Department of Justice.

     D.     Upon adjudication of all third-party interest, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(1).

     E.     The Motion for Preliminary Order of Forfeiture of Property (#30) is GRANTED.

ENTERED this 12th day of August, 2013

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE